United States District Court
Southern District of Texas
**ENTERED**
December 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KINDER MORGAN BULK TERMINALS LLC, § § § § Plaintiff, § § VS. § HM TRADING AMERICAS, LLC, § § § Defendant. § | CIVIL ACTION NO. 4:24-CV-03730 |

### ORDER

Before the Court is United States Magistrate Judge Richard Bennett's Memorandum and Recommendation filed on November 12, 2025. Doc. #22. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

It is so ORDERED.

DEC 17 2025
Date

The Honorable Alfred H. Bennett
United States District Judge